UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
RONALD ORTIZ,                    ) 1:06-cv-1268-OWW-SMS
                                 )
          Plaintiff,             ) ORDER DIRECTING PLAINTIFF TO FILE
                                 ) A COMPLETED APPLICATION TO
                                 ) PROCEED IN FORMA PAUPERIS OR PAY
     v.                          ) THE $350.00 FILING FEE WITHIN
                                 ) THIRTY DAYS OF THE DATE OF
GOODWILL INDUSTRIES, at al.,     ) SERVICE OF THIS ORDER
                                 )
          Defendants.            ) ORDER DIRECTING THE CLERK TO SEND
                                 ) TO PLAINTIFF A BLANK IN FORMA
_____) PAUPERIS APPLICATION FOR A PERSON
                                   IN CUSTODY
```

Plaintiff is a state prisoner proceeding pro se who filed a civil action on September 14, 2006. Pending before the Court is Plaintiff's application to proceed in forma pauperis, filed on the same date.

Plaintiff's application was incomplete. Although the certificate of an authorized officer was completed, signed, and dated, Plaintiff did not submit a trust account statement. Plaintiff is required to submit an original, signed prison trust account statement that includes the entire six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity either

1

to pay the $350.00 filing fee or submit a completed application, with a signed certificate and an original certified copy of his trust account statement covering the full six-month period in support of his request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, Plaintiff shall either submit a completed application to proceed in forma pauperis, including a signed certificate and an original certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, or, in the alternative, pay the $350.00 filing fee for this action. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   September 21, 2006**          /s/ Sandra M. Snyder
icido3                                     UNITED STATES MAGISTRATE JUDGE