UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD ORTIZ, | ) | 1:06-cv-1268-OWW-SMS |
| | ) | |
| Plaintiff, | ) | ORDER TRANSFERRING CASE TO THE |
| | ) | CENTRAL DISTRICT OF CALIFORNIA |
| v. | ) | |
| | ) | |
| GOODWILL INDUSTRIES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is a state prisoner who is proceeding pro se with an action concerning an alleged assault from a private person that Plaintiff suffered at a Goodwill store in Huntington Beach, California. The defendants named are Goodwill Industries and an unnamed security officer. The business form of the named defendant is not set forth. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

The basis for subject matter jurisdiction in this Court is unclear. However, with respect to venue, the federal venue statute generally requires that a civil action, whether based only on diversity of citizenship or on other grounds, be brought

1

only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated." 28 U.S.C. § 1391(a), (b). If there is no district in which the action may otherwise be brought, a civil action may be brought in a judicial district in which any defendant is otherwise subject to personal jurisdiction or may be found. § 1391(a),(b).

In this case, none of the defendants appears to reside in this district. The claim arose in Orange County, which is in the Central District of California. Therefore, Plaintiff's claim should have been filed in the United States District Court for the Central District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

**Dated:   October 31, 2006**         **/s/ Sandra M. Snyder**
icido3                                UNITED STATES MAGISTRATE JUDGE